IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCES R., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-CV-2792-D |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore grants plaintiff's motion for attorney's fees under the Equal Access to Justice Act, as supplemented, *see* Dkt. Nos. 23 & 25, awards plaintiff $8,759.65 in attorneys' fees under 28 U.S.C. § 2412(d), and ORDERS that the Commissioner make the check payable to plaintiff but mail the check to plaintiff's attorney's address.

**SO ORDERED**.

August 27, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE